**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JAMES RAY PHIPPS | CIVIL ACTION NO. 18-0507-P |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| WARDEN FCI OAKDALE | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation (Record Document 19) of the Magistrate Judge previously filed herein and after an independent review of the record, a de novo determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 8th day of November, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT